```
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone: (415) 977-8927
     Facsimile: (415) 744-0135
     E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| RITA L. LEON,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-CV-00581-CMK<br><br>**STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including October 26, 2011.  The response is currently due on September 26, 2011.  This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to a heavy work load and the unavoidable transfer of assignments from other attorneys.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: 9/26/2011         /s/ Ann M. Cerney
                         _____
                         ANN M. CERNEY
                         (As authorized telephonically on 9/26/2011
                         Attorney at Law
                         Attorney for Plaintiff

Dated: 9/26/2011         BENJAMIN B. WAGNER
                         United States Attorney
                         DONNA L. CALVERT
                         Acting Regional Chief Counsel, Region IX
                         Social Security Administration

By:
                         /s/ Patrick William Snyder
                         _____
                         PATRICK WILLIAM SNYDER
                         Special Assistant U.S. Attorney
                         Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 5, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE